IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| TAMMY ABBOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09-3238-CV-S-JCE |
| | ) | |
| NCC BUSINESS SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Pursuant to the amended Federal Rules of Civil Procedure and amended Local Rules adopted by the Court on June 5, 2008, the parties are hereby notified that their proposed scheduling order shall be filed with the Court on or before December 22, 2009. The parties should pay particular attention to Local Rule 16.1 and 26.1 regarding a meeting of the parties and initial disclosures which are to be made pursuant to Federal Rule 26. It is

ORDERED that the parties shall file their proposed scheduling order on or before December 22, 2009.

                                                            /s/ James C. England
                                                            JAMES C. ENGLAND, CHIEF
                                                            UNITED STATES MAGISTRATE JUDGE

Date: September 23, 2002